1

2

3

4

5

6

7
The Honorable Ronald B. Leighton

8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9
AT TACOMA

10
ALLAN PARMELEE; and THE
COMMITTEE FOR GOVERNMENT
11
ACCOUNTABILITY, a not-for-profit
organization,
12

13
                                    Plaintiffs,

14
        v.

15
ROB McKENNA, Attorney General of
Washington,
16
                                    Defendant.

NO.  C08-05633

ORDER GRANTING
DEFENDANT'S MOTION TO
STAY DISCOVERY AND
FURTHER DISCLOSURES

17

18
        THIS MATTER coming on for hearing on the motion of defendant, Robert M. McKenna,

19
for motion to stay discovery and further disclosures, said defendant appearing by Eric A. Mentzer,

20
Assistant Attorney General, and plaintiff appearing pro se and the court having considered the

21
records and files herein, and being fully advised; NOW THEREFORE

22
        IT IS HEREBY ORDERED That defendant's Motion to Stay Discovery and Further

23
Disclosures is hereby GRANTED and discovery and further disclosures in this matter shall be

24
stayed until such time as this court has ruled on Defendant's anticipated dispositive motion which

25
shall be filed on or before February 27, 2009.

26

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO STAY
DISCOVERY AND FURTHER
DISCLOSURES -- NO. C08-05633-RBL

1

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**

| | |
|---|---|
| 1 | DATED this 12th day of February, 2009. |
| 2 | |
| 3 | _Ronald B. Leighton_ |
| 4 | RONALD B. LEIGHTON<br>UNITED STATES DISTRICT JUDGE |
| 5 | |
| 6 | |
| 7 | |
| 8 | Presented by: |
| 9 | |
| 10 | /s/ Eric A. Mentzer |
| 11 | ERIC A. MENTZER, WSBA #21243<br>Assistant Attorney General<br>Attorney for Defendant |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO STAY
DISCOVERY AND FURTHER
DISCLOSURES -- NO. C08-05633-RBL

2

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**