HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALLAN PARMELEE,

        Plaintiff,

v.

ROB MCKENNA,

        Defendant.

Case No. C08-5633RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's "Motion to Shorten Time, to Re-note and Enlarge Time for Parmelee to Respond to Defendant's Summary Judgment" [Dkt. #22]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

In essence, Plaintiff is seeking an extension of time to respond to Defendant's Motion for Summary Judgment. The Court notes that Defendant has previously re-noted the motion twice to accommodate Plaintiff. The Court will grant Plaintiff's motion; however, as this is the third time this motion has been re-noted, it will not be re-noted again. Defendant's Motion for Summary Judgment is re-noted for June 12, 2009. Plaintiff's opposition to the motion is due on June 8, 2009.

**IT IS SO ORDERED.**

ORDER
Page - 1

1 | The Clerk shall send uncertified copies of this order to all counsel of record, and to any party
2 | appearing pro se.

Dated this 7th day of May, 2009.

*[signature: Ronald B. Leighton]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2