# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

ALLAN PARMELEE; and THE
COMMITTEE FOR GOVERNMENT
ACCOUNTABILITY,
     v.

CASE NUMBER: C08-5633RBL

ROB McKENNA, Attorney General of
Washington

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion for Partial Summary Judgment is GRANTED and Parmelee's First Amendment claim is DISMISSED.  Court declines to to exercise supplemental jurisdiction under §1367, and remaining state law claims are REMANDED to the Thurston County Superior Court.

DATED :     JUNE 23, 2009

                                                       BRUCE  RIFKIN
                                       *Clerk*

                                          /s/   Jean Boring
                                  *(By) Deputy Clerk*, Jean Boring